### 15924.    BROWN *v.* THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the grounds of the amendment to the motion for a new trial show no cause for a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of possession of liquor; from Glynn superior court—Judge Highsmith. August 16, 1924.

*Farr & Powell,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.

---

### 15925.    GILDER *v.* THE STATE.

LUKE, J. The defendant's conviction of possessing intoxicating liquors was amply authorized. The assignments of error upon the overruling of the motion for a continuance and upon the excerpt from the charge of the court are without merit. For no reason pointed out in the record did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED DECEMBER 9, 1924.

Conviction of possession of liquor; from Glynn superior court—Judge Highsmith. August 16, 1924.

Application for certiorari was denied by the Supreme Court.

*J. T. Colson,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.